**WESTERMAN LAW CORP.**
Jeff S. Westerman (SBN 94559)
Jordanna G. Thigpen (SBN 232642)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 698-7450
Fax: (310) 201-9160
jwesterman@jswlegal.com
jthigpen@jswlegal.com

**GRANT & EISENHOFER P.A.**
James J. Sabella (admitted pro hac vice)
Diane Zilka (admiteed pro hac vice)
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com
dzilka@gelaw.com

*Attorneys for Lead Plaintiffs*
*Oklahoma Firefighters Pension & Retirement Fund*
*and Oklahoma Law Enforcement Retirement System*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IXIA, VICTOR ALSTON, ATUL BHATNAGAR, THOMAS B. MILLER, and ERROL GINSBERG,<br><br>　　　　　　　Defendants. | CASE NO. CV 2:13-08440-MM (SH)<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT FOR VIOLATION OF SECURITIES LAWS** |

## **PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 11, 2014, I served the following document:

**PLAINTIFFS' AMENDED COMPLAINT FOR VIOLATION OF SECURITIES LAWS**

By posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2014, at Los Angeles, California.

_____*/s/ Jordanna G. Thigpen*_____
Jordanna G. Thigpen

AMENDED CLASS ACTION COMPLAINT