UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 13-8440-DMG (SHx)** | Date | January 11, 2016 |
|---|---|---|---|
| Title | Felix Santore v. Ixia, et al. | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** IN CHAMBERS-TRANSFER OF CASE TO JUDGE GEE

Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re Transfer filed on January 6, 2016.

Please substitute the initials DMG in place of the current initials, so that the case number will now read CV 13-8440-DMG (SHx). As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Kane Tien. He can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourts.gov.

Accordingly, Lead Plaintiffs' Unopposed Motion for Preliminary Approval Of Proposed Settlement [Doc. # 118] presently set before Judge Morrow is hereby RESET to **February 26, 2016 at 10:00 a.m.** before Judge Gee.

IT IS SO ORDERED.