UNITED STATES DISTRICT COURT  JS-5
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 13-8440-DMG (SHx)**   Date   February 26, 2016

Title   *Felix Santore v. Ixia, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jeff Westerman | Eric Reider |
| James J. Sabella | Edward M. Rosenfeld |
| | Sheldon Eisenberg |
| | Benjamin Au |
| | Adam J. Thurston |
| | Nancy Franco |

**Proceedings:  Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement [124]**

The cause is called and counsel state their appearance.  The Court and counsel confer.  Following discussions with counsel, Lead Plaintiffs' unopposed motion for preliminary approval of proposed settlement [Doc. # 124] is GRANTED for the reasons stated on the record and subject to the changes to the class notice/forms requested by the Court.  The Court requests that Plaintiffs' counsel arrange for a website where information related to this class action settlement can be viewed by class members.  Plaintiffs' counsel shall file with the Court and upload a copy of the motion for fees and incentive awards onto the website at least two weeks before the deadline for class members to file objections and opt outs.  A written order will issue.

Counsel shall e-mail to the clerk the finalized notice, claim, and opt-out form in Word format for the Court to review by March 1, 2016.  The hearing on Plaintiffs' motion for final approval of class action settlement will be held on **July 29, 2016 at 10:00 a.m.**

Further, Plaintiffs shall file a Third Amended Complaint ("TAC") by March 7, 2016.  Defendants are not required to respond to the TAC but shall be deemed to have denied the allegations in the TAC.

: 16

CV-90   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk KT