**WESTERMAN LAW CORP.**
Jeff S. Westerman (SBN 94559)
1875 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 698-7450
Fax: (310) 201-9160
jwesterman@jswlegal.com

**GRANT & EISENHOFER P.A.**
James J. Sabella (admitted pro hac vice)
John C. Kairis (admitted pro hac vice)
Diane Zilka (admitted pro hac vice)
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com
jkairis@gelaw.com
dzilka@gelaw.com

*Attorneys for Lead Plaintiffs*
*Oklahoma Firefighters Pension & Retirement Fund*
*and Oklahoma Law Enforcement Retirement System*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXIA, VICTOR ALSTON, ATUL BHATNAGAR, THOMAS B. MILLER, and ERROL GINSBERG,<br><br>Defendants. | Case No. CV13-08440-DMG(SHx)<br><br>**DECLARATION OF JEFF S. WESTERMAN**<br><br>Date:       July 29, 2016<br>Time:       10:00 a.m.<br>Courtroom: 7<br>Judge:      Hon. Dolly M. Gee |

1
DECLARATION OF JEFF S. WESTERMAN / CASE NO. CV13-08440-DMG(SHx)

JEFF S. WESTERMAN hereby states the following under penalty of perjury:

1. I am the founding and managing principal of Westerman Law Corp. of Los Angeles, California. My law firm serves as local counsel for Lead Plaintiffs Oklahoma Firefighters Pension & Retirement Fund and Oklahoma Law Enforcement Retirement System in the above-captioned action ("Action"). I have actively participated in all phases of the prosecution of this Action.

2. I respectfully submit this declaration in support of the application for an award of attorneys' fees and expenses for the benefits achieved as a result of the settlement of the Action.

3. From the commencement of this Action through May 31, 2016, Westerman Law Corp. attorneys and paralegals dedicated 154.5 hours to the prosecution of the Action (exclusive of time spent on this application for attorneys' fees and expenses). Westerman Law Corp.'s total lodestar amount for attorney/paralegal time based on the firm's current rates is $108,769. The hourly rates shown below are the usual and customary rates charged for each individual in our cases. A breakdown of the lodestar is as follows:

| Timekeeper | Total Hours through May 31, 2016 | Rate | Total through May 31, 2016 |
|---|---|---|---|
| Jeff Westerman | 103.2 | $880 | $88,176 |
| Anna Faircloth (Associate) | 4.8 | $460 | $2,208 |
| Jordanna Thigpen (Associate) | 33.8 | $450 | $15,210 |
| **TOTAL** | **154.5** | | **$108,769** |

4. During the course of this Action, Westerman Law Corp. incurred and disbursed $3,887.78 in expenses necessary to the prosecution of the Action through May 31, 2016, including travel expenses to the mediation in New York. These expenses are broken down as follows:

| Disbursements | |
|---|---:|
| Attorney Service/Filing Fee/Pacer | $1,362.30 |
| Travel | $2,493.48 |
| Postage & Delivery | $29.00 |
| **TOTAL** | **$3,384.78** |

5. Westerman Law Corp.'s expenses pertaining to this case are reflected in the computerized books and records of the firm. These records are prepared from invoices, bills, expense vouchers and check records, kept in the normal course of business.

6. I respectfully request that the Court award the attorneys' fees and expense reimbursement requested.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Dated: June 3, 2016

_____
Jeff S. Westerman

3
DECLARATION OF JEFF S. WESTERMAN / CASE NO. CV13-08440-DMG(SHx)