**WESTERMAN LAW CORP.**
Jeff S. Westerman (SBN 94559)
1875 Century Park East, 22nd Floor
Los Angeles, Ca. 90067
Telephone: (310) 698-7450
Fax: (310) 201-9160
jwesterman@jswlegal.com

**GRANT & EISENHOFER P.A.**
James J. Sabella (admitted pro hac vice)
John C. Kairis (admitted pro hac vice)
Diane Zilka (admitted pro hac vice)
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com
jkairis@gelaw.com
dzilka@gelaw.com

*Attorneys for Lead Plaintiffs*
*Oklahoma Firefighters Pension & Retirement Fund*
*and Oklahoma Law Enforcement Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXIA, VICTOR ALSTON, ATUL BHATNAGAR, THOMAS B. MILLER, and ERROL GINSBERG,<br><br>Defendants. | Case No. CV13-08440-DMG<br><br>**JOINT DECLARATION OF ROBERT E. JONES AND GINGER SIGLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:       July 29, 2016<br>Time:      10:00 a.m.<br>Courtroom: 7<br>Judge:     Hon. Dolly M. Gee |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXIA, VICTOR ALSTON, ATUL BHATNAGAR, THOMAS B. MILLER, and ERROL GINSBERG,<br><br>Defendants. | Case No. CV13-08440-DMG(SHx)<br><br>**JOINT DECLARATION OF ROBERT E. JONES AND GINGER SIGLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hon. Dolly M. Gee<br><br>Date: July 29, 2016<br>Time: 10:00 a.m.<br>Courtroom: 7 |

We, Robert E. Jones, on behalf of Lead Plaintiff Oklahoma Firefighters Pension & Retirement System ("OFP") and Ginger Sigler, on behalf of Oklahoma Law Enforcement Retirement System ("OLERS") (OFP and OLERS, together, "Lead Plaintiffs"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Robert E. Jones, am the Executive Director of OFP. OFP is a state agency that provides pension benefits to more than 21,000 participating members, including both active and retired firefighters and their beneficiaries. I am familiar with the matters set forth herein and am duly authorized to make this Declaration on behalf of OFP.

2. I, Ginger Sigler, am the Executive Director of OLERS. OLERS is a public pension fund that administers the retirement, survivor retirement and medical benefits for Oklahoma's active and retired law enforcement professionals and their families. I am familiar with the matters set forth herein and am duly authorized to make this Declaration on behalf of OLERS.

3. We respectively submit this Joint Declaration in support of Lead Plaintiffs' motion for final approval of the proposed settlement herein, and in support of the motion for an award of attorneys' fees and reimbursement of expenses to our lawyers.

4. We are aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action as set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We understand that the PSLRA was intended to encourage institutional investors with large losses to seek to manage and direct securities fraud class actions. OFP and OLERS are institutional investors that took a lead role in this Litigation, and committed themselves to vigorously prosecuting this case through trial, if necessary. In seeking appointment as Lead Plaintiff and as a Class Representative in the case, OFP and OLERS understood their fiduciary duties to serve in the interests of the Class by participating in the management and prosecution of the case. As set forth in the papers filed in connection with the motion to appoint OFP and OLERS as Lead Plaintiff herein, OFP and OLERS each has extensive experience serving as lead plaintiffs in other cases, many of which also resulted in settlements.

5. On March 24, 2014, the Court granted OFP's and OLERS's joint motion to be appointed Lead Plaintiff. OFP and OLERS selected Grant & Eisenhofer as their counsel for purposes of prosecuting this action.

6. During the course of the litigation, we monitored the progress of the case, reviewed our lawyers' filings on Lead Plaintiffs' behalf, and were kept informed of settlement discussions. OFP and OLERS ultimately approved the Settlement that was reached.

7. OFP and OLERS endorse the $3.5 million Settlement and believe it provides an excellent recovery for the Class, particularly in light of the substantial risks of continuing to prosecute the claims in the Action against Defendants, and weighing the possibilities of recovering a greater amount in damages were the Action to be prosecuted through trial and appeal.

8. OFP and OLERS believe that Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Counsel performed on behalf of OFP, OLERS and the Class. This percentage was agreed to in advance of the litigation and is reflected in OFP's and OLERS's retainer agreements with G&E. OFP and OLERS take seriously their role as lead plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate plaintiffs' counsel for the work involved and the substantial risks they undertook in litigation the Action. OFP and OLERS have evaluated Lead Counsel's fee request by considering the work performed, the cash recovery obtained for the Class, and the parties retainer agreement.

9. OFP and OLERS further believe that the litigation expenses being requested for reimbursement to our lawyers are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with their obligation to the Class to obtain the best result at the most efficient cost, OFP and OLERS fully support the motion for an award of attorneys' fees and reimbursement of litigation expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Oklahoma Firefighters Pension & Retirement System are true to the best of my knowledge.

Executed this 26th day of May, 2016.

_____
Robert E. Jones
Executive Director of OFP

JOINT DECLARATION OF ROBERT E. JONES AND GINGER SIGLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Oklahoma Law Enforcement Retirement System are true to the best of my knowledge.

Executed this 26 day of 2016, 2016.

*Ginger Sigler*
Ginger Sigler
Executive Director of OLERS

JOINT DECLARATION OF ROBERT E. JONES AND GINGER SIGLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES