1 | **WESTERMAN LAW CORP.**
2 | Jeff S. Westerman (SBN 94559)
  | 1875 Century Park East, 22nd Floor
3 | Los Angeles, Ca. 90067
  | Fax: (310) 201-9160
4 | jwesterman@jswlegal.com

5 | **GRANT & EISENHOFER P.A.**
6 | James J. Sabella (admitted pro hac vice)
  | John C. Kairis (admitted pro hac vice)
7 | Diane Zilka (admitted pro hac vice)
  | 485 Lexington Avenue
8 | New York, New York 10017
  | Telephone: (646) 722-8500
9 | Fax: (646) 722-8501
10 | jsabella@gelaw.com
   | jkairis@gelaw.com
11 | dzilka@gelaw.com

*Attorneys for Lead Plaintiffs*
*Oklahoma Firefighters Pension & Retirement Fund*
*and Oklahoma Law Enforcement Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXIA, VICTOR ALSTON, ATUL BHATNAGAR, THOMAS B. IXIA, and ERROL GINSBERG,<br><br>Defendants. | Case No. CV13-08440-DMG(SHx)<br><br>**SUPPLEMENTAL DECLARATION OF JAMES J. SABELLA IN SUPPORT OF (A) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (B) MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date: July 29, 2016<br>Time: 10:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Dolly M. Gee |
|---|---|

-1-
SUPPLEMENTAL DECLARATION OF JAMES J. SABELLA IN SUPPORT OF (A) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (B) MOTION FOR THE AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES / CASE NO. CV13-08440-DMG(SHx)

I, JAMES J. SABELLA, declare under penalty of perjury as follows:

1. I am a director of the law firm of Grant & Eisenhofer P.A. ("G&E") and have been practicing law for nearly 40 years. I am a member of the bars of the states of New York and Delaware, the United States Supreme Court, the Second, Fourth, Sixth, Seventh, and Ninth Circuits, the Southern, Eastern and Northern Districts of New York, and the Eastern District of Michigan. I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Class (defined below) in the Action.[1]

2. G&E is the Court-appointed lead counsel ("Lead Counsel") for the Court-appointed lead plaintiffs Oklahoma Firefighters Pension and Retirement System and Oklahoma Law Enforcement Retirement System ("Lead Plaintiffs") as well as the preliminarily certified Class in this securities class action lawsuit.

3. I respectfully submit this Supplemental Declaration in support of Lead Plaintiffs' motions, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for final certification of the Settlement Class, final approval of the Settlement and final approval of the proposed plan for allocating the proceeds of the Settlement to eligible Class Members, and an award of attorneys' fees and expenses.

4. Settlement Class members were notified that written requests for exclusion from the Settlement Class were to be received no later than June 29, 2016, and addressed to Ixia Securities Litigation Settlement – EXCLUSION REQUEST, c/o Settlement Administrator, 1801 Market Street, Suite 660, 23 Philadelphia, PA 19103.

5. As set forth in the Declaration of Brian Manigault ("Manigault Declaration") (ECF No. 141), as of May 31, 2016, Angeion Group—the Court appointed claims

---

[1] Unless otherwise noted, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated November 11, 2015 ("Stipulation" or "Settlement Agreement"), entered into by and among Lead Plaintiffs and Defendants. ECF No. 124-2.

administrator—had received two (2) requests for exclusion from members of the Settlement Class.

6. Since that date, Plaintiffs have received no other requests for exclusion.

7. Attached as Exhibit A is a proposed Order Approving Settlement and Final Judgment that lists in Schedule 1 the names of the two individuals who have requested to be excluded from the Settlement Class.

8. Settlement Class members were also notified that objections were to be mailed to the Lead Counsel Designee and the Defendants' Counsel Designee, such that they were to be received no later than June 29, 2016. As noted in the Manigault Declaration, Angeion monitored all mail that it received to identify correspondence containing objections to the Settlement and that, as of May 31, 2016, it had received no objections.

9. Plaintiffs' counsel has received no objections to the proposed Settlement.

10. As stated in the Manigault Declaration, Angeion will continue to monitor incoming mail for objections beyond the receipt date deadline and will report any objections that are received.

I declare, under penalty of perjury, that the foregoing facts are true and correct to the best of my knowledge.

Executed on July 15, 2016 in New York, New York.

By: _____
JAMES J. SABELLA