# EXHIBIT A

CIDC - CNDC

<u>**Ixia Securities Litigation Settlement**</u>

**DEFICIENT CLAIM NOTICE – INSUFFICIENT DOCUMENTATION ENTIRE CLAIM**

**Date of this Notice**: **November 10, 2016**

**Claim #:   IX00553   DL**

<u>**Your entire claim is Deficient because you did not provide adequate documentation to support your claim.**</u>

We have received your Claim in the Ixia Securities Litigation Settlement.  However, your Claim is Deficient because it is not properly documented.  Listed on the following pages are the transactions included in your claim. Please carefully review these transactions for accuracy and completeness. **If you do not provide us with documentation sufficient enough to document your Claim within 20 days of the date of this letter, your Claim is DENIED and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund.**

<u>**Please Note**</u>: The "Transaction Type" column on the following pages has Letters that denote one of the following: (**B**) Beginning Holdings (close of trading on 2/3/2011), (**P**) Purchases, (**I**) Transfers In, (**S**) Sales, (**O**) Transfers Out, and (**U**) Unsold shares (as of 4/3/2013).

<u>**Please provide documentation to support all of the transactions listed on the following page.**</u>  If you submitted any documentation with your original filing, do not re-submit the same documentation as it was deemed to be insufficient.  Acceptable documentation includes monthly brokerage statements, trade confirms, computer printouts with your name and trades included, and similar documents.   **PLEASE INCLUDE A COPY OR IMAGE OF THIS SIGNED NOTICE WITH YOUR RESPONSE.**  Responses can be emailed to  IxiaSecuritiesSettlement@AngeionGroup.com or mailed to:

**Ixia Securities Litigation Settlement**
1801 Market Street, Suite 660
Philadelphia, PA 19103

**ALL RESPONSES REGARDLESS OF DELIVERY METHOD MUST BE RECEIVED BY THE CLAIMS ADMINISTRATOR WITHIN 20 DAYS OF THE DATE OF THIS NOTICE.**

If you are unable to properly and timely resolve your claim, your claim is REJECTED.  If any claimant whose claim has been rejected desires to contest such rejection, you must request a review by the Court and provide a notice and statement of reasons indicating the grounds for contesting the rejection along with any supporting documentation, so that it is received by the Administrator at the above email address or mailing address within 20 days after the date of this letter.  If a dispute cannot be resolved, Lead Counsel will present the request for review to the Court.

**UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALLOF THE INFORMATION I (WE) PROVIDED ON THIS RESPONSE AND ON MY/OUR PREVIOUSLY SUBMITTED PROOF OF CLAIM FORM AND RELEASE IS TRUE, CORRECT AND COMPLETE.**

_____     ____/_____/_____     _____     ____/_____/_____
Signature  - Claimant                       Date (mm/dd/yyyy)         Signature – Joint Owner               Date (mm/dd/yyyy)

_____
(Title/Capacity of person(s) signing, e.g. beneficial owner(s), president, executor, administrator, trustee, et

**Ixia Securities Litigation**

| Beneficial Owner Name | Co Owner Name | Representative | Account # | Claim # | Claim Msg Codes | Transaction ID | Transaction Type | Trade_Date | Quantity | Price | Total Amt Paid or Rec'd | Transaction Msg Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000001 | P | 09/19/2012 | 1,500 | $16.31 | $ 24,510.00 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000002 | P | 09/21/2012 | 700 | $16.29 | $ 11,430.99 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000003 | P | 10/04/2012 | 500 | $17.15 | $ 8,601.80 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000004 | P | 02/12/2013 | 700 | $21.04 | $ 14,762.99 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000005 | P | 02/13/2013 | 500 | $21.25 | $ 10,655.00 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000006 | P | 03/04/2013 | 700 | $20.74 | $ 14,546.90 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000007 | P | 03/05/2013 | 500 | $21.11 | $ 10,555.00 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000008 | P | 03/06/2013 | 800 | $21.98 | $ 17,628.00 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000009 | S | 10/19/2012 | 1,600 | $15.14 | $ 24,160.49 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000010 | S | 10/26/2012 | 1,100 | $14.45 | $ 15,851.97 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000011 | S | 02/21/2013 | 400 | $19.81 | $ 7,901.82 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000012 | S | 03/21/2013 | 600 | $20.49 | $ 12,264.70 | |
| | | | | IX00553 | CIDC | IX-TR-PAPER CLAIM-00553-0000013 | U | | 2,200 | | | |
| | | | **IX00553 Count** | 13 | | | | | | | | |