# EXHIBIT B

**Ixia Securities Litigation Settlement**

**TRANSACTION REPORT FOR ELECTRONIC CLAIM SUBMISSION**

Master Claim ID: 002                                    Count of Claims: 2
Name of Filing Entity                                   Date of this Notice: November 11, 2016

We have received your Electronic Claim Submission in the Ixia Securities Litigation Settlement. Listed on the attached file are the claims and transactions included in your submission. Please carefully review these transactions for accuracy and completeness. You must notify us of any corrections or omissions ***within 20 days*** of the date of this Notice.

There are three tabs on the attached file:
1. Master Claim Info: contains general information regarding the electronic claim filing.
2. List of Claims: List of the Claims included in your filing.
3. Transactions: List of Transactions included in your filing.

Claim and transaction codes listed in this file identify those claims and transactions that are deficient or denied (i.e. rejected). Claim level deficiency and denial codes appear on the "List of Claims" tab in the column labeled "Claim Message Codes", to the right of the name and address block for each claim.

Transactional deficiency and denial codes appear on the "Transactions" tab in the column labeled "Transaction Msg Codes" to the right of the transaction that is deficient or denied (i.e. rejected).

For both Claim and Transaction Codes, please refer to the attached "Deficiency/Denial Codes Legend" (the "Legend") for an explanation of the code and what response or action, if any, is required.

Please Note: The "Transaction Type" column on the "Transactions" tab of this file has Letters that denote one of the following: (**B**) Beginning Holdings, (**P**) Purchases, (**I**) Transfers In, (**S**) Sales, (**O**) Transfers Out, and (**U**) Unsold shares.

If you are responding, please do not modify the attached file and re-send it to us.  You may either copy and paste individual claim rows or transaction rows that are deficient into the body of an email, or into a NEW spreadsheet that contains ONLY the items you are responding to.  In either case, please explain your corrections in an email to us (or in a letter if you are mailing in your response). Alternatively, if there are a number of deficiencies on your file and you prefer to submit a new file, please attach an entire new file and it will replace your existing file.  Be sure to resolve the deficient conditions if you submit an entirely new file, as you will not have another opportunity to resolve any deficiencies on the new file.

**PLEASE INCLUDE A COPY OR IMAGE OF THIS SIGNED NOTICE WITH YOUR RESPONSE (a PDF version of this Notice is attached that you can print, sign, and return with your response).**

Responses can be emailed to IxiaSecuritiesSettlement@AngeionGroup.com or mailed to

**Ixia Securities Litigation Settlement**
1801 Market Street, Suite 660
Philadelphia, PA 19103

**ALL RESPONSES REGARDLESS OF DELIVERY METHOD MUST BE RECEIVED BY THE CLAIMS ADMINISTRATOR WITHIN 20 DAYS OF THE DATE OF THIS NOTICE.**

Your claim is rejected, in whole or in part, if it contains a Denial Code as specified on the Legend. Also, your claim is rejected, in whole or in part, if it contains a Deficiency Code **and you do not properly and timely resolve the Deficient condition.**

**UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS RESPONSE AND ON THE PROOF OF CLAIM FORM AND RELEASE I (WE) PREVIOUSLY FILED IS TRUE, CORRECT AND COMPLETE.**

**Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign)**

_____ _____/_____/_____
Signature Date (mm/dd/yyyy)

_____ _____/_____/_____
Signature Date (mm/dd/yyyy)

_____
(Title/Capacity of person(s) signing, e.g. beneficial purchaser(s), president, executor, administrator, trustee, etc.)

# Ixia Securities Litigation Settlement
## DEFICIENCY/DENIAL CODES LEGEND – CLAIM LEVEL MESSAGE CODES

| **Claim** Level Message Codes | | |
|---|---|---|
| **Code** | **Description** | **Remedy** (What you can do to cure this condition, if anything) |
| **SIGN** | **Deficient** – Invalid Signature | Provide a claim form that is properly signed by an authorized person. |
| **AUTH** | **Deficient** – No proof of Authority to file on behalf of the beneficial owners listed on the file was provided. | Provide proof of Authority to file on behalf of your clients (e.g. a copy of the agreement with your clients, a cover letter stating that you have obtained the authority to file on behalf of all clients listed in the file, etc.) |
| **DATA** | **Deficient** – You did not disclose the source of your data. | Provide a statement that discloses the source of your data (e.g. "The trading data contained in the file(s) we submitted is from our/our clients' proprietary database." Or something similar.) |
| **UBAL** | **Deficient** – Your claim does not balance | Correct your data (or provide missing transactions) so that Beginning Position (Shares Held at the close of trading on 2/3/2011) plus purchases and transfers in equal Sales plus transfers out and your ending position (Shares Held on 4/3/2013). If you do not provide us with information sufficient for us to be able to balance your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund, which distribution, if any, is currently subject to Court approval of the Settlement and the Settlement becoming final. |
| **CNDC** | **Deficient** – No documentation provided for the entire claim. | Provide us monthly statements or trade confirms to support all purchases, sales, and holding positions. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund, which distribution, if any, is currently subject to Court approval of the Settlement and the Settlement becoming final. |
| **CIDC** | **Deficient** – the documentation you provided for the entire claim is not sufficient. | Provide us monthly statements or trade confirms to support all purchases, sales, and holding positions. DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund, which distribution, if any, is currently subject to Court approval of the Settlement and the Settlement becoming final. |
| **BENE** | **Deficient** – You did not disclose the names of the underlying Beneficial Owner | Provide us the name of the underlying beneficial owner. |
| **NOPE** | **Denied** – Your claim did not include any eligible purchases during the Class Period. | If you erroneously omitted purchases made during the Class Period, please provide them. Please be sure that your claim balances. If you agree that you had no purchases during the Class Period, your claim is denied and you need do nothing further. |

## OVER FOR TRANSACTION LEVEL MESSAGE CODES

# Ixia Securities Litigation Settlement
## DEFICIENCY/DENIAL CODES LEGEND – TRANSACTION LEVEL MESSAGE CODES

| Transaction Level Message Codes | | |
|---|---|---|
| Code | Description | Remedy (What you can do to cure this condition, if anything) |
| PRNG | **Deficient** – Price Per Share out of Range | The price per share you provided was not within the acceptable range for the date. Please provide documentation to support the price you provided, advise us if this was the result of an option, or correct the price you provided. |
| DATE | **Denied** – The trade date provided is not within the Class Period | If the date provided is correct, you need do nothing further. If you have provided an incorrect date, please provide the correct date. |
| PXQN | **Deficient** – Number of shares times Price Per Share does not equal the total amount paid or received. | Please correct either the number of shares, price per share, or total amount paid/received. |
| INTX | **Denied** – Invalid Transaction (not a Purchase, Sale, Transfer in or out, or Beginning/Unsold position). | If you agree, you need do nothing further. If this was intended to be a Purchase, Sale, Transfer In or Out, or a Beginning/Unsold position, please provide us with the correct transaction code: (B)eginning Holdings, (P)urchase, (I)Transfer In, (S)ale, (O) Transfer Out; or (U)nsold Holdings. |
| NDOC | **Deficient** – No documentation provided for this transaction. | Provide us a monthly statement or trade confirm to support this transaction. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund, which distribution, if any, is currently subject to Court approval of the Settlement and the Settlement becoming final. |
| IDOC | **Deficient** – the documentation you provided for the entire claim is not sufficient. | Provide us a monthly statement or trade confirm to support this transaction. DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund, which distribution, if any, is currently subject to Court approval of the Settlement and the Settlement becoming final. |

## OVER FOR CLAIM LEVEL MESSAGE CODES

Ixia Securities Litigation - TRANSACTION REPORT

| Master Claim Number | Account Number | Claim Number (00 ID) | Postmark Date | Claim Message Codes | Transaction ID | Transaction Type | Trade_Date | Quantity | Price | Total Amt Pd or Rec'd | Transaction Message Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000002 | P | 02/23/2011 | 872.0000 | 17.8400 | 15556.4800 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000168 | P | 04/12/2011 | 2166.0000 | 15.1175 | 32744.5050 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000169 | P | 04/12/2011 | 864.0000 | 15.1175 | 13061.5200 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000176 | P | 04/13/2011 | 4446.0000 | 14.6600 | 65178.3600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000197 | P | 04/18/2011 | 2964.0000 | 15.2600 | 45230.6400 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000198 | P | 04/18/2011 | 1716.0000 | 15.2600 | 26186.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000230 | P | 04/26/2011 | 2574.0000 | 16.1600 | 41595.8400 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000275 | P | 05/04/2011 | 3078.0000 | 16.1100 | 49586.5800 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000284 | P | 05/11/2011 | 1710.0000 | 16.5900 | 28368.9000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000300 | P | 05/23/2011 | 3990.0000 | 16.1000 | 64239.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000378 | P | 06/10/2011 | 5016.0000 | 13.8400 | 69421.4400 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000388 | P | 06/14/2011 | 1716.0000 | 12.9900 | 22290.8400 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000466 | P | 07/11/2011 | 5080.0000 | 9.9000 | 50292.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000522 | P | 07/27/2011 | 14964.0000 | 10.4400 | 156224.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000567 | P | 08/04/2011 | 1504.0000 | 9.5500 | 14363.2000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000612 | P | 08/09/2011 | 4512.0000 | 8.1300 | 36682.5600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000613 | P | 08/09/2011 | 645.0000 | 8.1300 | 5243.8500 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000669 | P | 08/16/2011 | 2394.0000 | 9.1000 | 21785.4000 | PRNG |

# Ixia Securities Litigation - TRANSACTION REPORT

| Master Claim Number | Account Number | Claim Number (00 ID) | Postmark Date | Claim Message Codes | Transaction ID | Transaction Type | Trade_Date | Quantity | Price | Total Amt Pd or Rec'd | Transaction Message Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000670 | P | 08/16/2011 | 1504.0000 | 9.1000 | 13686.4000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000679 | P | 08/18/2011 | 7520.0000 | 8.5700 | 64446.4000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000680 | P | 08/18/2011 | 3528.0000 | 8.5700 | 30234.9600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000809 | P | 09/02/2011 | 3510.0000 | 8.2500 | 28957.5000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000814 | P | 09/06/2011 | 3640.0000 | 7.8300 | 28501.2000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000818 | P | 09/07/2011 | 3900.0000 | 7.1500 | 27885.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0000970 | P | 09/22/2011 | 7280.0000 | 7.5800 | 55182.4000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001094 | P | 10/25/2011 | 1524.0000 | 10.5900 | 16139.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001112 | P | 11/01/2011 | 6630.0000 | 11.3300 | 75117.9000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001131 | P | 11/09/2011 | 7410.0000 | 11.4200 | 84622.2000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001149 | P | 11/21/2011 | 7540.0000 | 10.5500 | 79547.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001155 | P | 11/23/2011 | 6760.0000 | 10.1500 | 68614.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001226 | P | 02/03/2012 | 2384.0000 | 12.7400 | 30372.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001262 | P | 03/02/2012 | 3013.0000 | 13.7100 | 41308.2300 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001335 | P | 04/04/2012 | 10320.0000 | 12.3900 | 127864.8000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001338 | P | 04/09/2012 | 3741.0000 | 12.0900 | 45228.6900 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001348 | P | 04/13/2012 | 1310.0000 | 11.8500 | 15523.5000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001455 | P | 05/04/2012 | 7860.0000 | 12.1300 | 95341.8000 | PRNG |

Ixia Securities Litigation - TRANSACTION REPORT

| Master Claim Number | Account Number | Claim Number (00 ID) | Postmark Date | Claim Message Codes | Transaction ID | Transaction Type | Trade_Date | Quantity | Price | Total Amt Pd or Rec'd | Transaction Message Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001709 | P | 05/30/2012 | 1572.0000 | 10.9600 | 17229.1200 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001836 | S | 06/28/2012 | 40.0000 | 11.5700 | 462.8000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0001866 | P | 07/11/2012 | 4672.0000 | 12.1800 | 56904.9600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002087 | P | 08/30/2012 | 1460.0000 | 15.5900 | 22761.4000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002141 | P | 09/27/2012 | 1606.0000 | 15.8700 | 25487.2200 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002209 | P | 10/19/2012 | 4818.0000 | 16.0500 | 77328.9000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002223 | P | 10/26/2012 | 2336.0000 | 15.3100 | 35764.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002255 | P | 11/08/2012 | 5548.0000 | 14.6700 | 81389.1600 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002259 | P | 11/09/2012 | 1898.0000 | 14.0100 | 26590.9800 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002274 | P | 11/19/2012 | 2628.0000 | 13.6100 | 35767.0800 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002903 | P | 03/05/2013 | 236.0000 | 20.7500 | 4897.0000 | PRNG |
| 002 | VFBD | IX-002-00001 | 04/21/2016 | | IX-TR-002-00001-0002930 | P | 03/18/2013 | 11.0000 | 21.8200 | 240.0200 | PRNG |
| 002 | VFCM | IX-002-00002 | 04/21/2016 | | IX-TR-002-00002-0000052 | P | 07/27/2011 | 6966.0000 | 10.4400 | 72725.0400 | PRNG |
| 002 | VFCM | IX-002-00002 | 04/21/2016 | | IX-TR-002-00002-0000065 | P | 09/06/2011 | 2051.0000 | 7.8300 | 16059.3300 | PRNG |
| 002 | VFCM | IX-002-00002 | 04/21/2016 | | IX-TR-002-00002-0000095 | P | 11/01/2011 | 6110.0000 | 11.3300 | 69226.3000 | PRNG |
| 002 | VFCM | IX-002-00002 | 04/21/2016 | | IX-TR-002-00002-0000097 | P | 11/09/2011 | 1300.0000 | 11.4200 | 14846.0000 | PRNG |
| 002 | VFCM | IX-002-00002 | 04/21/2016 | | IX-TR-002-00002-0000105 | P | 11/23/2011 | 4680.0000 | 10.1500 | 47502.0000 | PRNG |