# EXHIBIT D

NOL

**Ixia Securities Litigation Settlement**

# DENIED CLAIM NOTICE – CLAIM CALCULATED TO NO RECOGNIZED LOSS

**Date of this Notice**:

**Claim #:   «Claim_»**
«Beneficial_Owner_Name»
«CoOwner_Name»
«Representative»
«ADDRESS_1»
«Address_2»
«City», «State» «Zip»
«Country»

We have received your Claim in the Ixia Securities Litigation Settlement. However, your Claim calculated to No Recognized Loss in accordance with the Plan of Allocation and therefore is not eligible to participate in any distribution of the Net Settlement Fund.  The Plan of Allocation is detailed in the Notice which you can view by visiting www.IxiaSecuritiesSettlement.com.  Please note that the calculation of your Claim as defined in the Plan of Allocation is not necessarily the same as your actual Market loss.

Some common reasons a Claim might have calculated to No Recognized Loss in accordance with the Plan of Allocation are:

- If you purchased and sold all of your Ixia Common Stock shares prior to April 3, 2013, your claim resulted in No Recognized Loss.

- If the total amount you received for sales of Ixia Common Stock during the Class Period exceeded the total amount you paid to purchase shares of Ixia Common Stock during the Class Period.  This would have resulted in a market gain or no Recognized Loss for your claim.

Sincerely,

Claims Administrator
IxiaSecuritiesSettlement@AngeionGroup.com