1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  OKLAHOMA FIREFIGHTERS                      )
    PENSION & RETIREMENT                       )  Case No.: CV 13-8440-DMG (SHx)
11  SYSTEM and OKLAHOMA LAW                    )
    ENFORCEMENT RETIREMENT                     )  **AMENDED ORDER**
12  SYSTEM, Individually and on Behalf         )  **APPROVING**
13  of All Others Similarly Situated,          )  **DISTRIBUTION OF NET**
                                               )  **SETTLEMENT FUND [150]**
14                                             )
                  Plaintiffs,                  )
15                                             )
                  v.                           )
16                                             )
    IXIA, VICTOR ALSTON, ATUL                  )
17  BHATNAGAR, THOMAS B.                       )
18  MILLER, and ERROL GINSBERG,                )
                                               )
19                Defendants.                  )
                                               )
20

21

22

23

24

25

26

27

28

1

1    This matter having come before the Court on Lead Plaintiff's Motion for

2 Approval of Distribution of Net Settlement Fund ("Motion"), and the Court

3 having considered the moving papers,

4    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

5    1.    The motion is **GRANTED** in its entirety;

6    2.    Unless otherwise defined herein, all capitalized terms shall have the

7 meaning set forth in the Notice Of (i) Proposed Settlement Of Class Action,

8 (ii) Hearing On Proposed Settlement, and (iii) Deadline To Submit Proofs Of

9 Claim;

10    3.    The Court hereby approves the administrative recommendation by

11 the Claims Administrator to reject the claims that the Claims Administrator

12 determined to be wholly ineligible to participate in the Settlement or that

13 otherwise involved deficient claim documentation, including claims that

14 continued to have deficient documentation after an ample time to cure those

15 deficiencies, as set forth on Exhibit C to the Manigault Declaration;

16    4.    The Court hereby authorizes the Claims Administrator to: (i) accept

17 the otherwise eligible claims that were submitted after the claims submission

18 deadline and that are listed on Exhibit C to the Manigault Declaration, and to

19 treat such claimants as Authorized Claimants in accordance with the Plan of

20 Allocation, and (ii) reject all proofs of claim submitted after the claims

21 submission deadline that are not listed on Exhibit C to the Manigault Declaration;

22    5.    The Court hereby authorizes distribution of the Net Settlement Fund

23 to Authorized Claimants in accordance with the Plan of Allocation, on a *pro rata*

24 basis based on the amounts of their Recognized Claims as calculated by the

25 Claims Administrator and as set forth on Exhibit C to the Manigault Declaration,

26 except that payment will not be made to any Authorized Claimants whose

27 payment would be less than $10.00;

28

6.      For any funds remaining one year from the initial distribution of the Net Settlement Fund, after payment of claims administration costs as ordered herein, and after reasonable and diligent efforts by the Claims Administrator to contact claimants who have not cashed their payments, the Claims Administrator shall consult with Lead Counsel to determine if a redistribution of the remaining Net Settlement Fund to Class Members who cashed their initial distribution check is cost effective, after taking into consideration payment of any additional costs and expenses that would be associated with a redistribution, or if the balance will be distributed *cy pres*;

7.      The Court hereby authorizes the destruction of the paper copies of the proof of claim forms and related paper documentation one year after the final distribution of the Net Settlement Amount, and any electronic copies of those documents three years after the final distribution of the Net Settlement Amount; and

8.      The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and to grant such other and further relief as this Court deems appropriate.

**IT IS SO ORDERED.**

DATED:  February 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Schedule 1

**List of Persons and Entities Who Excluded Themselves from the Class in**
*Oklahoma Firefighters Pension & Retirement System v. Ixia, et al.*,
Case No. CV13-08440-DMG(SHx) (C.D. Cal.)

The following persons and entities, and only the following persons and entities, properly excluded themselves from the Class by the June 29, 2016, deadline pursuant to the Court's Order dated February 29, 2016:

Betty Svoronos, individually and
as Executor of the Estate of
Andreas Svoronos

Chauncey Bryant

4